Certificate Number: 16339-PAW-DE-034966140

Bankruptcy Case Number: 20-22410



16339-PAW-DE-034966140

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2020, at 12:48 o'clock PM EDT, Lisa Clever completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 9, 2020            By:   /s/Kelley Tipton

                                   Name: Kelley Tipton

                                   Title: Certified Financial Counselor